UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARLENE B. MANESS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:18-cv-01307 JCH |
| ST. LOUIS BREAD CO., *also known as* PANERA BREAD *also known as* PANERA, LLC | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Pro Se Plaintiff's Motion for Leave to Amend her Second Complaint. (ECF No. 51). Plaintiff filed the instant case on August 8, 2018. (ECF No. 1). On November 5, 2018, the Plaintiff filed her First Amended Complaint with the Court. (ECF No. 16). On November 19, 2018, the Plaintiff filed a motion for leave to file a Second Amended Complaint. (ECF No. 18). The Court upon review of the record denied Plaintiff's Motion and ordered her to respond to the pending Motion to Dismiss. (ECF No. 21). The Court takes Plaintiff's present motion to be a Motion for Leave to file a Second Amended Complaint. The Court will however deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to for Leave to File a Second Amended Complaint (ECF No. 51) is **DENIED** without prejudice.

Dated this 19th Day of June 2019.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE

1