UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Marlene B. Maness, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:18-cv-01307 JCH |
| ) | |
| St. Louis Bread Co., ) | |
| *also known as* Panera Bread ) | |
| *also known as* Panera, LLC ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on *Pro se* Plaintiff's Motion for leave to Amend her Amended Complaint. (ECF No. 53). Plaintiff's Motion is unopposed and is ready for disposition.

On August 8, 2019, *pro se* Plaintiff filed her Complaint alleging Employment Discrimination under Title VII of the Civil Rights Act of 1964; as amended, 42 U.S.C. §§ 2000e, et seq.; The Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq.; and The Americans with Disabilities Act of 1900, as amended, 42 U.S.C. §§ 12101, et seq., with an additional state law claim for the intentional infliction of emotional distress. (ECF No. 1). On September 21, 2018, Defendant filed its Motion to Dismiss the Case, or in the Alternative Motion for More Definite Statement (ECF No.9). On October 22, 2018, the Court Ordered that Plaintiff's Claim for age discrimination be dismissed. (ECF No. 13).

On November 5, 2018, Plaintiff filed her first Amended Complaint. (ECF No. 16). On November 19, Plaintiff requested leave to file another Amended Complaint. (ECF No. 18). On November 26, 2018, Defendant filed a second Motion to Dismiss (ECF No. 19). On November 29, 2019, the Court denied Plaintiff leave to Amend and directed Plaintiff to respond to

Defendant's second Motion to Dismiss. (ECF No. 21). On January 11, 2019, the Court dismissed Plaintiffs cause of action for age discrimination, disability discrimination and intentional infliction of emotional distress. (ECF No. 29). Plaintiff's remaining cause of action stems from Title VII retaliation. On June 11, 2019, Plaintiff files a Motion to Amend her First Amended Complaint. (ECF No. 51). The Court denied Plaintiff's Motion on June 19, 2019. (ECF No. 52). Plaintiff again asks the Court for Leave to Amend her Amended Complaint. (ECF No. 53). Upon review of the filing, it appears to the court that Plaintiff seeks only to amend her Title VII retaliation claim by clarifying the facts pled on the *pro se* filing form.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to file a Second Amended Complaint (ECF. No. 53) is **GRANTED** the Plaintiff will have until **August 9, 2019** to file her Second Amended Complaint with the Court**.**

**IT IS FURTHER ORDERED** that the Clerk's office is directed to forward an additional employment discrimination complaint for to the Plaintiff.

Dated this 23rd day of July, 2019.

/s/ Jean C. Hamilton
 UNITED STATES DISTRICT JUDGE