# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARLENE B. MANESS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:18CV1307 JCH |
| ) | |
| ST. LOUIS BREAD CO., ) | |
| ) | |
| Defendant ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Pro Se Plaintiff's Motion for Cancellation of Deposition (ECF No. 112) and Pro Se Plaintiff's Motion for Change of Location for Deposition. (ECF No. 113). The matter is ready for disposition.

Plaintiff requests that the Court cancel her compelled deposition, or in the alternative, a change of venue from the law offices of Defendant's counsel. On January 27, 2020, this Court issued an Order compelling the Plaintiff to participate in discovery with the Defendant within 14 days from the issuance of that Order. (ECF No. 111). The Court's January 27, 2020 Order restated that Plaintiff must submit to having her own deposition taken by Defendant in accordance with a previous Order by the Court as to the matter. (ECF No. 98). A pro se litigant is required to follow the rules of litigation. This includes timely participation in discovery. See *Lindstedt v. City of Granby*, 238 F.3d 933, 937 (8th Cir. 2000)("A pro se litigant is bound by the litigation rules as is a lawyer, particularly here with the fulfilling of simple requirements of discovery). The Court will therefore deny Plaintiff's Motions for Cancellation. The Plaintiff has not described in her motion any hardship associated with completing her deposition in the law offices of Counsel for Defendant. Therefore, the Plaintiff's Motion for Change of Location for Deposition will also be denied. The deadlines set forth in this Court's Memorandum and Order issued on January 27, 2020 remain in effect.

1

Accordingly,

**IT IS HEREBY ORDERED** that Pro Se Motion for Cancellation of Deposition (ECF No. 112) is **DENIED**; and Pro Se Motion for Change of Location for Deposition (ECF No. 113) is **DENIED**.

Dated this 6th day of February 2020.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE